UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRACY SOUZA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARYSVILLE SCHOOL DISTRICT NO. 25, a municipal corporation, and CHRIS PEARSON, an individual,<br><br>  Defendant. | No.<br><br>COMPLAINT<br><br>JURY TRIAL REQUESTED |

### I. NATURE OF THE CASE

1.1   Plaintiff Tracy Souza brings this action for discrimination and retaliation against the Marysville School District No. 25 and then-acting-superintendent Chris Pearson.  Ms. Souza is an experienced public school administrator who had been employed with Marysville Public Schools for over 20 years.

1.2   In 2021, Plaintiff supported a colleague in his claims of discrimination and harassment.  This was protected activity under Washington's Law Against Discrimination.  In retaliation for this activity, Defendants subjected Ms. Souza to heightened scrutiny, then demoted her into a lesser paying and temporary position that was predictably eliminated when COVID pandemic-related funding dried up.

1.3   Defendant Pearson later explained that he had removed Ms. Souza, a white woman, from her Executive Leadership position and replaced her with an inexperienced male

COMPLAINT - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

re142903

person of color, in tokenistic attempt at confronting systemic racism. Both of these motivations are illegal.

1.4     Defendants discriminatory and retaliatory adverse actions have caused Ms. Souza substantial economic and emotion harm and damage.

## II.     PARTIES

2.1     Plaintiff Tracy Souza is an individual woman who resides in Snohomish County, Washington. She is Caucasian. At all times relevant, she was an employee of Defendant Marysville School District No. 25 within the meaning of employment laws and statute and the Fourteenth Amendment to the United States Constitution.

2.2     Defendant Marysville School District No. 25 is a municipal corporation formed under the laws of the State of Washington and located in Snohomish County, Washington in the Western District of Washington. At all times relevant, Defendant Marysville School District was an employer of Plaintiff Tracy Souza within the meaning of employment laws and statute and the Fourteenth Amendment to the United States Constitution.

2.3     Defendant Chris Pearson is an individual man who resides in Washington. At relevant times, Defendant Pearson was the acting Superintendent of Defendant Marysville Public Schools and was an employer of Plaintiff Tracy Souza within the meaning of employment laws and statute and the Fourteenth Amendment to the United States Constitution.

## III.     JURISDICTION AND VENUE

3.1     This Court has original subject matter jurisdiction under 28 U.S.C. § 1331 of Plaintiff's Fourteenth Amendment claim brought under 42 U.S.C. § 1983. This Court has supplemental jurisdiction over Plaintiff's Washington state law claims under 28 U.S.C. § 1367 because they arise out of the same nucleus of operative fact as her federal Constitutional claims.

3.2     Venue is appropriate in this District under 28 U.S.C. § 1391 because the defendants reside in this District, and a substantial part of the events and omission giving rise to Plaintiff's claims occurred in this District.

COMPLAINT - 2

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

re142903

## IV. FACTS

4.1  Marysville School District first hired Ms. Souza in September 2000 as a Family Support Provider with Marysville's Early Childhood Education and Assistance Program (ECEAP), the state early-instruction program for low-income children. Within a year, the District promoted Ms. Souza to manager of ECEAP. Ms. Souza led ECEAP until the fall of 2017.

4.2  Ms. Souza received multiple awards for her work, including a Golden Acorn award and an award from the Washington Association of School Administrators. When she eventually left her role with ECEAP, Ms. Souza's staff purchased a table for the playground engraved with her name on it, which remains there in honor of her leadership to this day.

4.3  In the fall of 2017, The District hired Ms. Souza into Assistant Director of Human Resources for the District. Within 3 months, the District promoted her to Director of Human Resources.  Then in July 2018 it promoted her again to Executive Director of Human Resources – part of the District's executive leadership team.

4.4  In March 2021, then-Superintendent Jason Thompson submitted a formal complaint to Ms. Souza (as the Executive Director of HR) alleging discrimination and harassment by the school board. Superintendent Thompson alleged that the school board had "created a hostile, intimidating, and offensive work environment," noting that he was "nearly 60 years old and have been made to feel that I must submit to unreasonable demands or be pushed out the door towards retirement before I am ready." In particular, Mr. Thompson alleged that the Board's then-president, Vanessa Edwards, was working with the District's deputy superintendent, Lori Knudson, to push him out in substantial part because of his race and age.

4.5  The District hired an outside firm, the Seabold Group, to investigate Superintendent Thompson's claims. Ms. Souza participated in that investigation and spoke in support of Superintendent Thompson. In doing so, she was opposing what she reasonably believed to be discrimination against Superintendent Thompson and engaging in protected activity under the Washington Law Against Discrimination.

COMPLAINT - 3

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

re142903

4.6     On May 21, 2021, Deputy Superintendent Lori Knudson received a copy of the Seabold Group's Investigation Report, showing Ms. Souza's participation in the investigation and her support for Superintendent Thompson.

4.7     Just two weeks later, on June 2, Ms. Knudson and the new acting superintendent Dr. Chris Pearson sent an anonymous survey to lower-level administrators and principals in the district seeking to obtain negative feedback regarding Ms. Souza.

4.8     On June 11, Dr. Pearson called Ms. Souza into a meeting and told her that the results—which only he could see—showed she no longer had the support of those employees. This was contrary to all previous interactions and feedback Ms. Souza had received in her role as HR Executive Director.

4.9     Dr. Pearson told Ms. Souza that she could be put on a PIP and try to defend herself against that feedback, but warned her that her "story had been written" and he did not see how they could "unwrite it." Instead, Dr. Pearson recommended that Ms. Souza instead accept a demotion to a new position he had created called "Director of Student and Staff Well-Being (Covid Services and Recovery)." Ms. Souza would lose the title of Executive Director and her annual salary would be cut by more than $20,000.  Furthermore, as the position title demonstrates, this new position would be tied to temporary funding made available during the COVID pandemic.

4.10    Ms. Souza accepted the demotion under protest, making clear to Mr. Pearson that she believed it had been forced upon her.

4.11    Despite her humiliation at the demotion, Ms. Souza's dedication to Marysville and its students led her to continue her exemplary performance. As interim superintendent Chris Pearson acknowledged in her 2021–2022 performance review, "Tracy did an exceptional job this year . . . Tracy always stayed positive and calm, acting to collaboratively problem-solve . . . [this] along with her willingness to dedicate herself to getting this job done, regardless of time commitment, made Tracy an invaluable resource to the district this year."

COMPLAINT - 4

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

re142903

4.12    Dr. Pearson replaced Ms. Souza with a male person of color -- Alejandro Vergara, a former assistant principal with no previous experience in human resources. The District was forced to spend additional money to hire a human resources consultant, a former HR Director at Burlington-Edison School District, to train Mr. Vergara.  Mr. Vergara also frequently called Ms. Souza for help.

4.13    In April 2023, Mr. Vergara emailed Ms. Souza informing her that "your position is currently fully funded by Learn to Return dollars," which "were not renewed at the federal or state level" and were "specifically tied to school-based relief due to the COVID-19 pandemic." Because of this, "please be aware that your Director 3 position will no longer be funded."

4.14    With that perfunctory email, the District ended Ms. Souza's more than twenty years of exemplary service to the Marysville School District and broader community.

4.15    Meanwhile, Ms. Souza had unexpectedly learned the other reason—besides standing up for Superintendent Thompson—that she had lost her job:  her race.

4.16    In March 2023, Dr. Pearson participated in a public forum connected with his selection for a new superintendent job in the Burlington-Edison School District. In that video-recorded forum, Dr. Pearson was asked about his experience and competence confronting "systemic inequities" and to provide an example of a time he had challenged a "system" that was "inequitable."

4.17    Instead of providing a responsive answer about an actual policy or practice that created systemic inequities, Dr. Pearson focused on racial tokenism – highlighting that as soon as he had the "opportunity" to "change over" the previous District Leadership team (including Ms. Souza), which was "all white," he replaced them with "four leaders of color," which in his mind would lead to different decision-making when confronting "racist issues," because "you come out with a different outcome than when it's white people making those decisions."

4.18    On March 30, 2023, Ms. Souza submitted a formal complaint to the District after learning of Dr. Pearson's comments. Over a year later, the investigation of that complaint remains pending.

COMPLAINT - 5

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

re142903

4.19    The Defendants' unlawful employment actions against Ms. Souza have resulted in significant and on-going financial harm and damage, including lost wages and diminished retirement and pension benefits for the rest of her life.  The Defendants' actions have also resulted in substantial emotional harm and damage, profoundly affecting her confidence and sense of self-worth.

## V.    CAUSES OF ACTION

5.1    Fourteenth Amendment to the United States Constitution (42 U.S.C. §1983) – The above-described facts and omissions state claims for violations of the Fourteenth Amendment's Equal Protection Clause.

5.2    Washington's Law Against Discrimination (RCW 49.60) – The above-described facts and omissions state claims for violations of Washington's Law Against Discrimination, including but not limited to discrimination on the basis of race and gender, and retaliation for engaging in activity protected by the Act, namely opposition of discriminatory practices by the District.

## VI.    REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests relief against Defendants as follows:

6.1    Special damages for back pay, front pay, loss of career trajectory and income potential, and lost benefits in an amount to be proven at trial;

6.2     General damages for loss of enjoyment of life, pain and suffering, mental anguish, emotional distress, injury to reputation, and humiliation;

6.3    Prejudgment interest in an amount to be proven at trial;

6.4    The value of the adverse tax consequences to Ms. Souza from receiving judgment in a single tax year;

6.5    Reasonable attorney's fees and costs under 42 U.S.C. § 1988, RCW 49.60, and other applicable law;

6.6    Declaratory and injunctive relief;

6.7    Leave to amend the Complaint to conform to the evidence presented at trial; and

COMPLAINT - 6

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

re142903

6.8     Further and additional relief that the court deems just and equitable.

DATED this 17th day of May, 2024.

MacDONALD HOAGUE & BAYLESS

By: */s/Joseph Shaeffer*
Joseph Shaeffer, WSBA #33273
705 Second Avenue, Suite 1500
Seattle, WA  98104
206-622-1604
Joe@mhb.com

*Attorney for Plaintiff Tracy Souza*

COMPLAINT - 7

re142903